3. EVIDENCE, § 333*—*when evidence as to consideration for contract admissible.* In an action on a contract whereby one party agrees to pay certain sums in consideration of the assignment to him of a judgment in favor of the other party against a third person, evidence that there was no judgment against such person at the time the contract was executed, and that the first party did not collect any money on the judgment, is admissible.

Leviton Lumber Company, Plaintiff in Error, v. Henry Levy, Defendant in Error.

Gen. No. 20,723.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in this court at the October term, 1914. Reversed and judgment in this court. Opinion filed November 1, 1915.

Statement of the Case.

Action by Leviton Lumber Company, a corporation, plaintiff, against Henry Levy, defendant. This case grew out of the contract involved in *Rothbaum & Astrahan v. Levy, ante,* p. —, and was consolidated for hearing with the latter case. Judgment of the lower court for defendant was reversed and entered for plaintiff.

I. B. PERLMAN, for plaintiff in error; M. A. MILKEWITCH, of counsel.

HARRY H. LEVY, for defendant in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.